**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

UNITED STATES OF AMERICA
                                              Plaintiff,

v.                                                                Case No.: 1:17−cr−00236
                                                                  Honorable Andrea R. Wood

Joseph D Jones, et al.
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 5, 2017:

      MINUTE entry before the Honorable Andrea R. Wood as to Joseph D Jones and Edward Schimenti: By request and agreement of the parties, the Status hearing set for 7/6/2017 at 10:00 a.m. is reset for 7/6/2017 at 10:30 AM. TIME CHANGE ONLY. Mailed notice (ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.