UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>Abdwali.ES@gmail.com, further described in Attachment A | Case Number: 17 CR 236<br><br>Magistrate Judge M. David Weisman |

**GOVERNMENT'S MOTION TO STRIKE SEALED MOTION AND UNSEAL SEARCH WARRANT, APPLICATION, AND AFFIDAVIT**

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully moves this Court to strike the government's Sealed Motion [Dkt. #67] and unseal the above-captioned Search Warrant, Application, Affidavit, and accompanying Motions to Seal and Orders.

On June 22, 2017, this Court issued an Order sealing the above-captioned Search Warrant, Application, Affidavit, and accompanying Motion to Seal and Order, which have been continued until January 18, 2018. On January 11, 2018, the government filed a motion requesting that the Search Warrant, Application, Affidavit and accompanying Motions to Seal and Orders continued to be sealed until April 18, 2018.

On April 27, 2017, a federal grand jury returned an indictment in this case. The government has been producing discovery in this case and will need to produce the Search Warrant, Application, Affidavit, and accompanying Motions to Seal and Order to the defendants. Moreover, the reasons previously cited by the government

in support of sealing these materials no longer apply. Therefore, there is no longer a basis to keep the government's sealing motions, and the Court's corresponding orders, under seal.

For the foregoing reasons, the government respectfully requests that this Court strike the government's Sealed Motion [Dkt. #67] and unseal the above-captioned Search Warrant, Application, Affidavit and the accompanying Motions to Seal and Orders [Dkt. #s 46, 47, 48, 51, 52, 53, 59 and 60].

        Respectfully submitted,

        JOHN R. LAUSCH, JR.
        United States Attorney

By:    */s/ Barry Jonas*
        Barry Jonas
        Assistant United States Attorney
        219 S. Dearborn Street, Rm. 500
        Chicago, Illinois 60604
        (312) 469-6306

DATE: January 24, 2018