# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| Plaintiff, ) | | |
| ) | No. 17 CR 236-1 | |
| ) | | |
| vs. ) | Judge Andrea Wood | |
| ) | | |
| JOSEPH JONES, ) | | |
| Defendant. ) | | |

## NOTICE OF MOTION

TO:   AUSA Barry Jonas
219 South Dearborn Street, 5th Floor
Chicago, IL 60604

**PLEASE TAKE NOTICE** that on Wednesday, October 17, 2018 at 10:00 a.m. or as soon thereafter as counsel may be heard, I will appear before **Judge Andrea Wood**, in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 S. Dearborn, Chicago, IL, or before any other Judge who may be sitting in her place and then and there present:

**Defendant's Emergency Motion to Permit Attendance of Funeral Services**

in the above captioned case, at which time and place you may appear if you see fit.

                                                              Respectfully submitted,
                                                              **Joseph Jones,**

                                By:   s/ Patrick E. Boyle
                                        By his Attorney Patrick E. Boyle

Law Offices of Patrick E. Boyle
**PATRICK E. BOYLE**
155 N. Michigan Ave. Suite 562
Chicago, IL 60601
(312) 565-2888

## CERTIFICATE OF SERVICE

I, Patrick E. Boyle, an attorney, that on October 16, 2018, I electronically filed the foregoing **Notice of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished electronically in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF).

                                                                                         By:     <u>s/ Patrick E. Boyle</u>
                                                                                                      PATRICK E. BOYLE