# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                    Case No.: 1:17−cr−00236
                                                      Honorable Andrea R. Wood

Joseph D Jones, et al.
                                    Defendant.


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, October 17, 2018:


    MINUTE entry before the Honorable Andrea R. Wood as to Joseph D. Jones: Motion hearing held. Pursuant to the discussion held in open court and for the reasons stated on the record, Defendant Jones' motion for release from custody [89] is denied. The Court requests that, upon the Defendant's request, the U.S. Marshal arrange for Defendant to receive and view a video of the funeral services. Mailed notice (ef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.